*Frank S. Marcucci*, in support of the petition.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* PAIGE WHEATLAND

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 232 (AC 25947), is denied.

*Mark Diamond*, special public defender, in support of the petition.

*Joan K. Willin*, special deputy assistant state's attorney, in opposition.

Decided March 2, 2006

KENNETH BOVE *v.* HOWARD W. BOVE ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court, 93 Conn. App. 76 (AC 26056), is denied.

*Conrad Ost Seifert*, in support of the petition.

*John K. Harris, Jr.*, in opposition.

Decided March 2, 2006

STATE OF CONNECTICUT *v.* ALBERT LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 257 (AC 26126), is granted, limited to the following issue: